## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

Cassandra Gamble, individually and on behalf of all others similarly situated

                          Plaintiff,

Civil Action No:
2:20-cv-20739

-v.-

Portfolio Recovery Associates, LLC

and John Does l-25.

                          Defendants.

---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 2nd day of February, 2021

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 2/17/2021**

*/s/Raphael Deutsch*
Raphael Deutsch, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Ph: 201-282-6500
rdeutsch@steinsakslegal.com

1